STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PEDRO RAMOS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Edward C. Megill* for the respondent.

October 14, 1969. Denied.

NEW JERSEY TURNPIKE AUTHORITY, PLAINTIFF-RE-SPONDENT, v. H. JEROME SISSELMAN, *ET AL.*, DE-FENDANTS-PETITIONERS.

NEW JERSEY TURNPIKE AUTHORITY, PLAINTIFF-RE-SPONDENT, v. BERGEN COUNTY ASSOCIATES, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 106 *N. J. Super.* 358.

*Mr. Walter Henry Jones* and *Mr. Henry Ramer* for the petitioners.

*Mr. Grover C. Richman, Jr.* for the respondent.

October 14, 1969. Denied.